UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

```
-------------------------------------------------- x
                                            :
REVEREND BRYAN G. FULWIDER,
WOMEN'S EMERGENCY                           :
NETWORK, INC., EMERGENCY
MEDICAL ASSISTANCE, INC., PALM              :
BEACH COUNTY CHAPTER OF THE
NATIONAL ORGANIZATION FOR                   :
WOMEN, INC., MIAMI WORKERS
CENTER, INC., RABBI ALAN E.                 :
LITWAK, RABBI GARY
GLICKSTEIN, RABBI DAVID SPEY,               :
REVEREND HARRIS RIORDAN, and
REVEREND KATHY SCHMITZ,                     :       No. 4:16-cv-0765-RH-CAS

       Plaintiffs,                          :

       v.                                   :

JUSTIN SENIOR, in his official capacity     :
as Secretary, Florida Agency for Health
Care Administration, and PAMELA             :
BONDI, in her official capacity as
Attorney General of the State of Florida,   :

       Defendants.                          :
-------------------------------------------------- x
```

## JOINT NOTICE OF SETTLEMENT ON ATTORNEYS' FEES AND COSTS AND JOINT MOTION TO EXTEND DEADLINE

The parties to this action jointly notify the Court that they have reached a

settlement on attorneys' fees and costs in this case. The parties jointly move to extend

the deadline for Plaintiffs' motion to determine the fee amount by 30 days (to October 6, 2018), pending Plaintiffs' receipt of settlement funds. If Plaintiffs receive the settlement funds by that date, Plaintiffs shall file a notice of payment in lieu of their motion to determine the fee amount.

Respectfully submitted,


JAMES K. GREEN, P.A.

By: /s *James K. Green*
James K. Green, Esq.
Florida Bar No: 229466
jkg@jameskgreenlaw.com
JAMES K. GREEN, P.A.
Suite 1650, Esperanté
222 Lakeview Ave.
West Palm Beach, Florida 33401 Tel:
(561) 659-2029
Fax: (561) 655-1357
(Trial Counsel, and Cooperating Attorney for the American Civil Liberties Union Foundation of Florida, Inc.)

Nancy Abudu, Esq.
Florida Bar No: 111881
Legal Director
American Civil Liberties Union
Foundation of Florida, Inc.
4500 Biscayne Blvd, Suite 340
Miami, Florida 33137
Tel: (786) 363-2700

PAMELA JO BONDI, ATTORNEY GENERAL

By: /s *Blaine H. Winship*
Blaine H. Winship Special Counsel
Fla. Bar. No. 356913
Blaine.Winship@myfloridalegal.com
Office of the Attorney General
Civil Litigation
The Capital – PL 01 Tallahassee, FL 32399-1050
Tel: (850) 414-3300
Fax: (850) 410-413-7555

*Attorney for Defendants*

Andrew Beck, Esq. (admitted *pro hac vice*)
abeck@aclu.org
American Civil Liberties Union
125 Broad Street
New York, New York 10004
Tel: (212) 284-7000

Mary Eaton, Esq. (admitted *pro hac vice*)
meaton@willkie.com
Wesley R. Powell, Esq. (admitted *pro hac vice*)
wpowell@willkie.com
Andrew Hanrahan, Esq. (admitted *pro hac vice*)
ahanrahan@willkie.com
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019 Tel: (212) 728-8000

*Attorney for Plaintiffs*

SO ORDERED on September___, 2018.

_____
ROBERT L. HINKLE
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 6, 2018, a true copy of the foregoing has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of said electronic filing to the Defendants' counsel of record who are registered with the Court for that purpose.

/s/ *James K. Green*
James K. Green