IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

------------------------------------------------------x
:
REVEREND BRYAN G. FULWIDER,
et al., :

    Plaintiffs, :

    v. : No. 4:16-cv-00765-RH-CAS

JUSTIN SENIOR, et al., :

    Defendants. :

------------------------------------------------------x

## JOINT NOTICE OF PAYMENT

The parties to this action jointly notify the Court that Plaintiffs have received the agreed-upon amount of settlement funds for attorneys' fees and costs in this matter.

Dated: October 4, 2018

                Respectfully submitted,

                /s James K. Green
                James K. Green, Esq.
                Florida Bar No: 229466
                JAMES K. GREEN, P.A.
                Suite 1650, Esperanté
                222 Lakeview Ave.
                West Palm Beach, Florida 33401
                Tel: (561) 659-2029

Fax: (561) 655-1357
jameskgreen@bellsouth.net
(Trial Counsel, and Cooperating Attorney for the American Civil Liberties Union Foundation of Florida, Inc.)

Nancy Abudu, Esq.
Florida Bar No: 111881
Legal Director
American Civil Liberties Union
   Foundation of Florida, Inc.
4500 Biscayne Blvd, Suite 340
Miami, Florida 33137
Tel: (786) 363-2700

Susan Talcott Camp (*pro hac vice* forthcoming)
Andrew Beck (*pro hac vice* pending)
American Civil Liberties Union
125 Broad Street
New York, New York 10004
Tel: (212) 284-7000
tcamp@aclu.org
abeck@aclu.org

Mary Eaton (admitted *pro hac vice*)
Wesley R. Powell (admitted *pro hac vice*)
Andrew Hanrahan (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
meaton@willkie.com
wpowell@willkie.com
ahanrahan@willkie.com

*Counsel for Plaintiffs*

*/s/ Blaine H. Winship*
Blaine H. Winship
Special Counsel
Fla. Bar No.: 356913
Blaine.Winship@myfloridalegal.com
Office of the Attorney General
Civil Litigation
The Capitol - PL 01
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 410-413-7555

*Counsel for Defendants*